| | |
|---|---|
| CARL SPEARS | DOCKET NO.: C-20215681 |
| VERSUS | 15th JUDICIAL DISTRICT COURT |
| TERRY A. ELLER, KNIGHT TRANSPORATION AND ABC INSURANCE COMPANY | LAFAYETTE PARISH, LOUISIANA |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| CARL SPEARS | CIVIL ACTION NO.: |
| VERSUS | JUDGE |
| TERRY A. ELLER, KNIGHT TRANSPORATION AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE: |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO: The Honorable Louis J. Perret
Clerk of Court in and for the,
15th Judicial District Court
800 S. Buchanan Street
Lafayette, LA 70501

Mr. Willie Stephens
The Stephens Law Firm
11960 Bricksome Avenue, Ste. C
Baton Rouge, LA 70816
Telephone: (225) 907-6777

YOU ARE HEREBY NOTIFIED that on the 30th day of December, 2021, a Notice of Removal, a copy of which is annexed hereto, was filed in the United States District Court for the Western District of Louisiana to remove the action entitled *Carl Spears vs. Terry Eller, Knight Transportation, and ABC Insurance Company,* No. C-20215681, 15th Judicial District Court, Lafayette Parish, Louisiana, to said United States District Court.

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation


By:     /s/ Brian A. Homza
          Brian A. Homza #6980

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone:  (318) 221-6277
Facsimile: (318) 227-7850
brian.homza@cookyancey.com

COUNSEL FOR KNIGHT TRANSPORTATION AND TERRY A. ELLER

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was served on opposing counsel by either electronic notification or by U.S. mail, postage pre-paid.

Shreveport, Louisiana, this 30th day of December, 2021.


     /s/ Brian A. Homza
OF COUNSEL