Dec 3 2021 10:28am    P004/019
Case 6:21-cv-04459  Document 1-5  Filed 12/30/21  Page 1 of 3 PageID #: 15

To: +13372916480     Page: 1 of 5     Received: 12256126917     Nov 1 2021 12:47pm    P001
                                      2021-11-01 18:42:56 GMT   12256126917   From: Stephens Law Firm LLC

Lafayette Parish
Filed Nov 02, 2021 11:38 AM
Jasmine Plugence
Deputy Clerk of Court

C-20215681

**CARL SPEARS**                                NUMBER:            DIVISION:

**VERSUS**                                     **15TH JUDICIAL DISTRICT COURT**

**TERRY A. ELLER,**                            **PARISH OF LAFAYETTE**
**KNIGHT TRANSPORTATION AND**
**ABC INSURANCE COMPANY**
                                               **STATE OF LOUISIANA**

### PETITION FOR DAMAGES

  NOW INTO COURT, through undersigned counsel, comes Petitioner, **Carl Spears** resident of legal age of majority in the Parish of East Baton Rouge, State of Louisiana, respectively represents that:

1.

Made defendants herein are the following:

A. **TERRY A. ELLER**, a person of the age of majority and believed to be a resident of the State of Tennessee; 1808 Lowe Road, Crossville, TN 38572; and

B. **KNIGHT TRANSPORTATION**, a foreign corporation with its agent for service and principal place of business located at: 15232 Stoney Creek Road, Noblesville, IN 46060.

C. **ABC INSURANCE COMPANY**, a domestic corporation licensed to do and is doing business in the Parish of Lafayette, State of Louisiana, who, upon information and belief, maintained a policy of Excess Insurance covering **KNIGHT TRANSPORTATION**, for the damages complained of herein. The exact provisions of said policy are currently unknown to plaintiff and best known to defendant and are specifically pled herein as if copied *in extenso*.

2.

The above-named Defendants, **Terry A. Eller, Knight Transportation, and ABC Insurance Company** are indebted unto our Plaintiff, **Carl Spears** for all damages allowed by Louisiana law, including but not limited to damages pursuant to La. Civil Code articles 2315, et seq., together with legal interest thereon from date of judicial demand, until paid, and all costs of court incurred herein.

3.

At approximately 8:33 p.m. on March 10, 2021, **Carl Spears** was traveling eastbound on I-10 Hwy in the right lane. **Mr. Eller** was also traveling eastbound on I-10 Hwy but in the left lane. **Mr. Eller** attempted to switch from the left lane to the right lane of traffic wherein **Mr. Eller's** vehicle struck **Mr. Spears** vehicle on his driver's side.

4.

Dec  3 2021 10:28am     P005/019

Case 6:21-cv-04459   Document 1-5   Filed 12/30/21   Page 2 of 3 PageID #: 16

To: +13372916480   Page: 2 of 5   Received: 12256126917   Nov 1 2021 12:48pm   P002
2021-11-01 18:42:56 GMT   12256126917   From: Stephens Law Firm LLC

At all relevant times herein, **Terry A. Eller** was acting within in the course and scope of his employment with **Knight Transportation**, making said entity vicariously liable for the negligent acts of their employee, **Terry A. Eller**.

5.

The collision described above was caused by the gross and flagrant negligence, recklessness, carelessness, and fault of **Terry A. Eller** in the following non-exclusive particulars, to wit:

a) In failing to adhere to proper lane usage;

b) In failing to keep a proper lookout;

c) In operating his vehicle in a wanton and reckless manner with no regard for the safety and rights of others;

d) Any and all other acts of negligence and omissions to be proven through the discovery or at the time of trial of this matter, all of which were in contravention of the exercise of due care and procedure.

5.

As a result of the fault, negligence, carelessness, and recklessness of **Terry A. Eller** in causing the accident, **Carl Spears** suffered bodily injuries, including, but not limited to, physical injuries, psychological injuries, and any other injuries to be shown upon trial of this matter.

6.

As a result of the above-described collision sued upon herein and the injuries, **Carl Spears** suffered the following non-exclusive damages:

a) Physical pain and suffering-past, present, and future;

b) Mental pain, anguish, and distress-past, present, and future;

c) Medical expenses-past, present, and future;

d) Loss of enjoyment of life; and

e) Any and all other damages which shall be proven at trial of this matter.

7.

Plaintiff shows that at all times material hereto, and more particularly on or about March 10, 2021, there was in full force and effect a policy of automobile liability

Dec 3 2021 10:29am P006/019
Case 6:21-cv-04459 Document 1-5 Filed 12/30/21 Page 3 of 3 PageID #: 17

To: +13372916480   Page: 4 of 5   Received: 12256126917
2021-11-01 18:42:56 GMT   12256126917   Nov 1 2021 12:43pm P004
From: Stephens Law Firm LLC

**PLEASE SERVE VIA LONG ARM**
**KNIGHT TRANSPORTATION**
15232 STONEY CREEK ROAD
NOBLESVILLE, IN 46060

TERRY A. ELLER
1808 LOWE ROAD
CROSSVILLE, TN 38572